■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v DAVID HOLMES, Defendant. [989 NYS2d 339]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Queens County, rendered December 15, 1977.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Mastro, J.P., Dillon, Miller and Maltese, JJ., concur.